

Alvin Adjei
Email: aadjei@hkm.com
Direct: (832) 356-2684

March 21, 2024

*Via E-File*
April Walter
1400 Woodloch Forest Drive, Suite 400
The Woodlands, Texas 77380

    Re:    **FAROOQ SHEIKH** v. **SHELL USA, INC., ET AL.,**

To Counsel:

    Please let this serve as a vacation letter for attorneys Alvin Adjei for the following dates: April 27, 2024-May 10, 2024.

We request that counsel refrain from setting any hearings, depositions, or case related deadlines during this time. Thank you.

                                        Sincerely,

                          **HKM EMPLOYMENT ATTORNEYS LLP**

                      By:   *s/ Alvin Adjei*
                            Alvin Adjei
                            Federal Bar No.
                            609 Main St. Suite 2500
                            Houston Texas 77002
                            Phone: (832) 356-2684
                            Fax: (832) 356-2684
                            E-mail: aadjei@hkm.com

                            *Counsel for Plaintiff*

Enclosure