UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FAROOQ SHEIKH, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:23-cv-02576 |
| | § | |
| SHELL USA, INC., SHELL | § | |
| INTERNATIONAL EXPLORATION | § | |
| AND PRODUCTION INC., SHELL | § | |
| OIL PRODUCTS COMPANY LLC, | § | |
| And SHELL ENERGY NORTH | § | |
| AMERICAS, (US) L.P., | § | |
| *Defendants.* | § | |

**NOTICE OF ANTICIPATED FILING**
**OF STIPULATION OF DISMISSAL WITH PREJUDICE**

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

Plaintiff Farooq Sheikh ("Plaintiff") and Defendants Shell USA, Inc., Shell International Exploration and Production Inc., Shell Oil Products Company LLC, and Shell Energy North America (US), L.P. (collectively "Shell" or "Defendants") (collectively "Parties"), by and through their respective attorneys, hereby notifies this Court and all parties that they have resolved all claims in this matter. Plaintiff and Defendants are in the process of preparing and executing formal documentation memorializing their agreements and will file a stipulation to dismiss this action with prejudice upon completion of same.

Respectfully submitted:

*/s/ Daniel Kalish*
Alvin Adjei (24082259)
HKM Employment Attorneys LLP
1201 Fannin Street, Suite 202

Houston, TX 77002
Telephone: (832) 356-2684
aadjei@hkm.com

Artur Davis (pro hac vice)
HKM Employment Attorneys LLP
2024 3rd Ave. North, Suite 212
Birmingham, AL 35203
adavis@hkm.com

Daniel Kalish (pro hac vice)
Shemia Fagan (pro hac vice)
HKM Employment Attorneys LLP
600 Stewart Street, Suite 901
Seattle, WA 98101
dkalish@hkm.com
sfagan@hkm.com

Meagan M. Rafferty (pro hac vice)
HKM Employment Attorneys LLP
153 Main Street, Suite 201
New Paltz, NY 12561
mrafferty@hkm.com

Kathleen Bensberg (pro hac vice)
HKM Employment Attorneys LLP
320 N. Meridian Street, Suite 506
Indianapolis, IN 46204
kbensberg@hkm.com

***Attorneys for Plaintiff***

*/s/ Scott D. Huffstetler*
Scott D. Huffstetler (24111256), T.A.
scott.huffstetler@keanmiller.com
**KEAN MILLER LLP**
400 Convention Street, Suite 700
P. O. Box 3513 (70821-3513)
Baton Rouge, LA 70802
Tel: (225) 387-0999
Fax: (225) 388-9133

AND

April L. Walter (24052793)
april.walter@keanmiller.com
**KEAN MILLER LLP**
1400 Woodloch Forest Drive, Suite 400
The Woodlands, Texas 77380
Tel: (832) 494-1711
Fax: (888) 781-0162

***Attorneys for Defendants***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on the following on October 22, 2026:

Alvin Adjei
HKM Employment Attorneys LLP
1201 Fannin Street, Suite 202
Houston, TX 77002
aadjei@hkm.com

Artur Davis
HKM Employment Attorneys LLP
2024 3rd Ave. North, Suite 212
Birmingham, AL 35203
adavis@hkm.com

Daniel Kalish
Shemia Fagan
HKM Employment Attorneys LLP
600 Stewart Street, Suite 901
Seattle, WA 98101
dkalish@hkm.com
sfagan@hkm.com

Meagan M. Rafferty
HKM Employment Attorneys LLP
153 Main Street, Suite 201
New Paltz, NY 12561
mrafferty@hkm.com

Kathleen Bensberg
HKM Employment Attorneys LLP
320 N. Meridian Street, Suite 506
Indianapolis, IN 46204
kbensberg@hkm.com

***Attorneys for Plaintiff***

*/s/ Scott D. Huffstetler*
Scott D. Huffstetler